```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
           NORTHERN DIVISION
```

| | |
|---|---|
| JIMMY L. SIMINGTON, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 23-00008-JB-B |
| | * |
| THE CITY OF UNIONTOWN, | * |
| ALABAMA, *et al.*, | * |
| | * |
| Defendant. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) and this Court's inherent authority for Plaintiff's failure to prosecute and obey the Court's order.

**DONE and ORDERED** this 21st day of June, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE